Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED
U.S. District Court
District of Kansas

MAY 02 2024

Clerk, U.S. District Court
By CA  Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
District of Kansas

Civil Division

| | |
|---|---|
| James L. Brooks | Case No. 2:24-CV-2188-KHV-ADM |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ☑ Yes ☐ No |
| -v- | Kansas City, KS |
| BNY Mellon Trust | |
| J.W. Cole | |
| "see attached" | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | James L. Brooks |
| Street Address | 7700 Kessler Lane |
| City and County | Overland Park   in   Johnson County |
| State and Zip Code | Kansas   66204 |
| Telephone Number | 913-322-3248     Land line on VOIP     No text capability |
| E-mail Address | fuzzybrooks3248@gmail.com |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Bank of New York Mellon Trust |
| Job or Title (if known) | |
| Street Address | 301 Belleview Parkway  #19A-0307 |
| City and County | Wilmington/ New Castle County |
| State and Zip Code | Delaware/19809 |
| Telephone Number | (302) 791-3600 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | J. W. Cole Financial Services |
| Job or Title (if known) | |
| Street Address | 4301 Anchor Plaza    Suite 450 |
| City and County | Miami/ |
| State and Zip Code | Florida/Miami-Dade County |
| Telephone Number | 813-935-6776  (for the merry-go-round that never stops) |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | National Financial Services, LLC |
| Job or Title (if known) | |
| Street Address | 499 Washington Blvd |
| City and County | Jersey City |
| State and Zip Code | NJ  07310 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | see attached |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question   [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
1st Amendment (free speech), Amendment 4 ( uniform due process of law), Article 1 Section 8 (interstate commerce, interstate bank fraud, interstate mail fraud), Article 1 Section 10 ( bills of attainder, laws impairing the obligation of contracts, titles of nobility), Article VI Clause 3 (oaths of office), Article VI Section 4 (contents of oath of office), Federal Tort Claims Act (28 USC Part VI Chapter 171 Sections 2671--2680 - suits against federal agencies),           see full jurisdictional statement attached

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____ .

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

    and has its principal place of business in the State of *(name)* _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

      b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
one billion dollars, for many constitutional torts and 2 big separate ongoing conspiracies, may be assessed severally or jointly by law, but the total remains the same

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

CLAIM #1: Plaintiff's mother died in February 2023, leaving each of her 5 children a portion of her $330,000 estate, which is not taxable as an inheritance because the federal threshold is over $12 million dollars, and there is no death (or local inheritance tax) in Kansas. Plaintiff's share is $52,000. Plaintiiff has no social security account or SSN. He cannot open any investment avenues. He has been going to the home bank of the check-maker to cash issued checks, even to other states, but this situation is 'way different. Her investments
        see attached list of claims

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

one billion dollars in punitive money damages to be apportioned according to the number and severity of the proven counts found in each defendant, a cumulative $1,000,000,000 total.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04/25/2024

Signature of Plaintiff     *James L. Brooks*
Printed Name of Plaintiff  James L. Brooks

### B. For Attorneys

Date of signing: _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

## Jurisdictional Statement

1st Amendment (free speech); Amendment 4 ( uniform due process of law); Article 1 Section 8 (interstate commerce, interstate bank fraud, interstate mail fraud); Article 1 Section 10 ( bills of attainder, laws impairing the obligation of contracts, titles of nobility); Article VI Clause 3 (oaths of office); Article VI Section 4 (contents of oath of office); Federal Tort Claims Act (28 USC Part VI Chapter 171 Sections 2671--2680 - suits against federal agencies); two different conspiracies working at once (e.g. Judge John Sirica questioning G. Gordon Liddy about Watergate upon sniffing the aroma of conspiracy, a power of Article III judges for cases in Law and Equity);  a civil claim under Section 43(a) of the Lanham Act - 15 U.S.C. §§ 1051 et seq - for false and misleading advertising; the federal issue of reverse money laundering through fraud and deception and impairment of the obligation of contracts with conspiracy to do so; the Kansas version of the Uniform Commercial Code (KCC); conspiracy – not actionable as a stand-alone tort – but depends on the situation described by the Restatement of Torts (2nd) and the Restatement of Torts (3rd) Liability for Economic Harm, § 27, Comment B; self-described Socialists are ineligible for public office whether appointed or elected (part of Article VI above).

## LIST OF DEFENDANT PARTIES

BNY Mellon Trust of Delaware

J.W. Cole Financial Inc.

National Financial Services LLC  (check issuer)

National Financial Services LLC  (abandoned checks)

TransAmerica Life Insurance Co.

LendNation  ( local check cashing )

Federal Trade Commission

Internal Revenue Service

State of Kansas

## LIST OF DEFENDANT ADDRESSES

BNY Mellon Trust of Delaware  (checking accounts holder)
301 Bellevue Pkwy #19A-0307
Willmington, Delaware  19809
(302) 791-3600


National Financial Services LLC  (checks issuer)
499 Washington Blvd.
Jersey City, NJ  07310


National Financial Services LLC   (check servicer)
Abandoned Property Check Dept.
100 Salem Street O1S
Smithfield, RI   02917


J.W. Cole Financial, Inc.       (checks authorizer)
4301 Anchor Plaza    Suite 450
Tampa, FL 33634
Attn:  Jennifer Grantham or Melissa Robinson or Diane Odom
Grantham 813-939-5824     Melissa  813-649-6265   or
813-935-6776  (for the merry-go-round that never stops)


TransAmerica Life Insurance Company  (check issuer)
6400 C  Street SW
Cedar Rapids, Iowa  52499
(800-797-2643)
Attn:  Claims  Dept

more below

LendNation  ( local check casher HQ)
8208 Melrose Dr.
Lenexa, KS 66214.
Matt Birdsong, cell # 913-605-0947  (roving district superintendent)

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone: (202) 326-2222

Internal Revenue Service
1111 Constitution Avenue Northwest
Washington, District of Columbia, DC. 20224
United States attorney will appear

State of Kansas
Attorney General Kris Kobach
120 SW 10th Ave., 2nd Floor
Topeka, KS 66612
(785) 296-2215  or 1-888-428-8436.
Fax: (785) 296-6296
Email:  form through website  https://ag.ks.gov/

List of Claims

CLAIM #1:  Plaintiff's mother died in February 2023, leaving each of her 5 children a portion of her $330,000 estate, which is not taxable as an inheritance because the federal threshold is over $12 million dollars, and there is no death (or local inheritance tax) in Kansas. Plaintiff's share is $52,000.  Plaintiiff has no social security account or SSN.  He cannot open any investment avenues.  He has been going to the home bank of the check-maker to cash issued checks, even to other states, but this situation is 'way different.  Her investments went through J W Cole who admitted in a mailed letter Plaintiff was the beneficiary: their financial arm is National Financial Services, LLC.  This last named entity issued the payout checks for an account held at BNY.  BNY Mellon Trust is not the typical retail bank.  It is only a commercial bank serving government departments and other financial institutions.  It does not handle cash.  Let me scream that again.  BNY  has only one building and no branches.  NFS's 5 cumulative checks are, rounded  off, $26,000 and $26,000 and $2 and $1 and $0.01 cent, all worthless.

 CLAIM #2:  Plaintiff's wife died on Sunday April 23, 2023 and she loved her husband very much, so much that she spoke from the grave.  She bought a policy from TransAmerica Life Insurance Company located in Cedar Rapids, Iowa for a little over $10,000, and TA admits through letters mailed Plaintiff is the only beneficiary.  They issued a check also based upon a BNY Mellon Trust bank account.  As Claim #1 states above, it is also not taxable or reportable because it is a life insurance settlement.  Plaintiff called their claims department to see if they would cash the check in Iowa, and was told TA never had cash, and they knew BNY never handled cash.  TA's check was worthless.

CLAIM #3:  As mentioned in Claim 1 above, Plaintiff rescinded his Social Security contract and account and number in 1990 for cause of

1

fraud. A multi-page recission copy was mailed to both JW Cole and TA because Plaintiff sensed there was going to be a delay, an argument over withholding, a balk, an arbitrary tax withholding, or something like that. There was no opposition. Discovery will show the Court that form. The recission was sent to the local office in Lenexa, Kansas, west next to Overland Park, and they reported Plaintiff was dead, so State of Kansas seized $11,000 of Minnesota Hospital Revenue Bonds in 1990. IRS sent a letter dated sometime in the late 1990's that said plaintiff could not rescind that account through Social Security because IRS had jurisdiction. Recission is a common law principle that demands both parties to the contract erase all their records and never use that account again. Plaintiff has complied completely. Social Security has not and IRS has not. So TA and JW Cole both knew Plaintiff was not a socialist.

CLAIM #4: After promising to mail their checks, JW Cole declared "this matter is closed." It's an axiom (a self-evident fact) from the phone call to TA's claim department they had no cash and BNY had no cash, and JW Cole's declaration the matter is closed, that none of them have any cash. So Plaintiff tried to find a commission-taking local check casher. He had some luck with other check-cashers over the years but they balked at amounts over $5,000 because of IRS oversight, then refused any more attempts. Plaintiff tried a whole bunch of supposed local check-cashers but they were mostly title loans and payday loans. Then Plaintiff found LendNation at 76th and Metcalf, just 2 miles east of his house. They advertised "We cash all checks" on their storefront glass posters and website. Plaintiff applied and was content to a 6% commission on all combined $62,000. It looked like success, but upon further processing an internal computer box popped up everywhere (10K and 26K) demanding an IRS ssn. It could not be bypassed or overridden. Matt Birdsong, roving superintendent shut it all down, returned all checks, and decided a $3,600 payday was too risky. They also were

shown the recission form, but returned it with the checks. They know.

CLAIM #5: As with many court cases in Kansas, Plaintiff puts his *eyeball* on everything. He was told BNY didn't handle cash, but he drove to their location to try to arrange for them to find a local branch to cash their checks. Plaintiff thought they could be an ordinary bank until the evening of Wednesday, November 15, 2023 when he rolled up to their front door in Delaware at 4:30 PM and they cursed him. Plantiff has written recently to the first 5 named defendants to this suit, "I know this to be a fact. A FACT. Because I wanted to leave on Monday morning November 13, but my truck (10-foot wheel-base van) had a flat tire. It uses 6-ply light-truck tires and didn't actually go flat, but showed no way of inflating it past 20 PSI. It had an aggressive screw through the tread. Took me all day to get it fixed. Then traveled the next 2 days to Wilmington DE. Drove extra, extra miles to get to the bank to stay off New York State's toll roads. Came from the north out of Pennsylvania, where the alternator bearings fell out of its back, causing the alternator to freeze solid and the serpentine belt to lock up and shred with great smelly smoke and exploding radiator fumes because the water pump stopped working (it had no more belt). Still today I am experiencing engine stutters at 35 MPH from whatever fumed out of that radiator back into the engine compartment and over the wires and electronic chips. Ran the last 60 miles on battery, and pulled into the BlackRock headquarters across the street from BNY (address was obliterated by the trees) at dusk with heavy leaving traffic, and no idea what happened. WELCOME to my world.) Found BNY's parking lot across the street looking for help, rebuffed by every person leaving as I looked homeless, actually got the night-time security guard to come out to talk to me (which is not normal). He is BNY's spokesman (Spox). He is an older black male, pot-bellied, bald, but he has this fabulous white circular beard on his chin. He would look like Santa Claus except he has no white moustache. You'll know him by sight.

3

He is your Spox.  I tried talking to several employees who were either leaving work at the end of day or going in to retrieve stuff or to work longer hours. They told this guard what was going on in the parking lot.  I had been ordered by one employee to just stand there, by myself, alone, until someone would let me in.  I wanted to go in to set up an appointment for the next day to have someone locate what was needed to fix my check-cashing problem.  I needed them to locate a cash-handling branch bank for me, and I would drive to any state to do that.

"The security guard never mentioned his name.  He was at his station some yards in from the two wide sets of double-wide glass doors.  He hid himself behind the first outside glass swinging door.  I have no problem with that.  That was generous.  This guy is genial normally and only aggressive when riled.  I didn't provoke him.  I listened.

"I have a long history of court appearances and did not attempt to steer anyone to a foregone conclusion.  Using the Socratic method, I am a good listener.  You will know him.  When he remembers me, he will be explicit.  I had told him my dilemma in brief, that I had no SSN or SS account, could not open a checking account anywhere , and needed to schedule a visit to one of their branch banks.  He (BNY's Spox on the spot) told me that I was at fault for not using my ssn for all those years from 1990 on but now that I needed one to open a new account to cash some checks was a huge oversight on my part, and that this one-time opportunity would have been worth it even if I had never used it for any other purpose.  It was ALL MY FAULT !  Now get out of our parking lot or I will call the Wilmington police.  Words to that effect.  Cursed to the soul.  I know that each of you agree with him.

"I slept in the van at BlackRock HQ across the tree-line and street.  The next day, Thursday, I worked from dawn to dusk to

4

change out the radiator (I had brought along a new one in the box from Kansas City, and a new water pump as well but could not install it for lack of knowledge), then found the rotor-locked alternator ( rotor is the central rotating part that had crashed  into the outer wire-wound stator – which is static [stationary] {and at that speed they had welded} – and I replaced it.  Left at dark to get the hell out of Dodge.  Turned a 2-day return trip into 17 hours of a one-way driving fright-mare.  Like any woman would, I remember that event by emotion.   Welcome to my world again."

This claim is for persistent mental anguish.

CLAIM #6: Plaintiff wrote to the Federal Trade Commission then and sent them copies of your suspect checks.  The FTC brags it partners with over 1300 other enforcement agencies.  They passed the complaint onto, not the FBI, but the FIBC, which reported back to Plaintiff as promised in only 2 weeks.  They wrote that YES, fraud had occurred, but they were not the proper agency to process it.  So the federal government says you defendants committed interstate bank fraud.  That's a good place to start.  This time the FTC will have to defend itself for protecting you.

CLAIM #7:  This is government-declared interstate bank fraud.  Because letters and checks are involved, this is axiomatically interstate mail fraud.  You all either participated in issuing worthless checks or in refusing to cash them, also making them worthless, and incidentally joining into a conspiracy between notable parties BNY, TA, NFS, and JW Cole to reverse money launder: to start with legal sources but ultimately to turn payouts into company self-kept profits.

CLAIM #8:  The KCC is the Kansas version of the Uniform Commercial Code, which states right up front, you have to perform with good intentions.  None of you defendants have.  An axiom.

5

CLAIM #9: JW Cole tried several times to entice Plaintiff into using a SSN by threatening to send his beneficial payout back to his mother's estate and he'd have to apply to probate court to get his payment, or to take on an active stock account with his SSN, or to imply he simply would not be paid. Interstate mail fraud. But recently NFS Unclaimed Checks acted alone to declare it to be abandoned, and sent it off to some state, not indicated.

CLAIM #10: IRS regards false reports as liabilities to the filer, requiring 3X the amount reported as damages. NFS <u>Albuquerque</u> office recently mailed a report to the IRS and sent Plaintiff a copy with the TIN # xxxx-5555. Plaintiff has no idea where that number came from, but it certainly is inappropriate because Plaintiff has not be paid for one of those $26,000 checks. IRS is going to ding you for $75,000. The Court should order it.

CLAIM #11: TA recently threw the other defendants under the bus and declared it was going to find a solution to the missing retail bank, but 2 days later announced by mail it was sending wife's check to some state as abandoned property just like NFS Unclaimed checks had. Yeah, they've been talking. This one might go to Iowa or to Kansas, needs a judicial investigation to be sure. The letters are available.

CLAIM #12: Constitutionat Tort: Interference with the obligation of contracts by a 3rd party. Which one of you wants to be the third party? Is that you, BNY? Or are you the first party? The judge will sort it all out. By Article I the federal legislature cannot allow any state to create a law impairing the obligation of contracts, but you have, BNY, JW Cole, NFS, TA, LendNation on your own authority.

CLAIM # 13: Constitutional Tort: from the common law and it's coded counterpart, the Uniform Commercial Code, Kansas version.

Business 101: if any person can get away with not paying someone to whom they owe a debt, the seller will be shocked and angry and frustrated and bitter. They will then repeat that trick to other merchants because they paid to learn that hard lesson. And those merchants will learn the trick, too. Using this instant trio of prime conspirators, we should be able to shut down American business in just 2 weeks. A federal judge will not allow this.

CLAIM #14: Constitutional Tort: Political weaponization of the banking industry by the IRS to exclude non-socialists. IRS launched it and you financial organizations passively accepted it. This is a political position that interferes with the obligation of contracts, and only a federal judge can resolve it. Proof: a few years ago IRS internally made regulations that even non-interest bearing accounts would have to record a SSN. Plaintiff had held a non-interest account for cashing checks in Kansas City, Kansas at a Bank of America location on State Avenue for many years, then transferred it to BoA at 96th and Metcalf, a major artery. BoA sent Plaintiff a letter demanding a SSN or they would just seize the account at IRS's instruction. Plaintiff went to see them and argue his point but they forced him to close his account for $13,000 cash and move on, and one of their vice-presidents (there are hundreds of 'em) called Plaintiff "You're Un-American" on the way out. Here's more:

```
Bank of America Boycott Calls Grow After MAGA Accounts Closed
Published Apr 19, 2024 at 8:33 AM EDT
Updated Apr 19, 2024 at 11:06 AM EDT
Bank Of America Boycott Calls Grow After MAGA Accounts Closed
By Ewan Palmer, News Reporter

Bank of America is facing calls for a boycott over allegations it is
closing accounts of customers based on their political views.
```

It used to be the KKK was the military arm of the Democrat Party. Now the IRS is the military arm of the Democrat Party. Plaintiff is a witness. Get me before a grand jury.

7

CLAIM #15:   Constitutional Tort, Violation of Free Speech, 1st Amendment.  The right to free speech <u>includes the right to think freely.</u>  Plaintiff is a conservative, Christian, Constitution-upholding, Capitalist.  He is not a socialist.  He declared so in 1990.  All of these defendants have been trying to force Plaintiff to abandon capitalism and embrace socialism by the 2 main ways of judicial intimidation shown in criminal trials – human nature is to go along to get along, and to follow the path of least resistance.  You have met your match.  Plaintiff notes the Constitutional framers considered all forms of government to be evil (easily prone to corruption), so they tried to make this one as tamper-free as they could.  That's why Plaintiff repeats his declaration made in state and federal courts before: "my personal rights are far more important than your governmental powers."


CLAIM #16: You may not like my stand and opinion against Social Security and Socialism and Communism, but it's my right to hold those ideas for a long time.  You defendants interfered with that by implying I'm a jerk for not following the path of least resistance and for not going along just to get along.  But I resent you for trying to make me into a Socialist.  That's your error.  You wanted to withhold funds from me because I wouldn't become a socialist like you.  That's also cancel culture, a political movement.  And there's the crazy idea to become a cashless society, of which BNY is a major mover and shaker.  That's also a political weapon.  At the end of all of this effort to turn me, Socialism still sucks.  Gets suckier every month.

CLAIM #17:  This is a separate and different conspiracy, the second of 2.  Plaintiff James L. Brooks, pro se has to identify himself at any kind of judicial hearing as being judicially blacklisted.
   Blacklisting is removing his pro se recognition in the lower courts and making attorneys at law unavailable.  Blacklisting is saying to any lawyer, stay away, this guy is dangerous.  He will sue

you even if he represents you.  You will lose one of your bonds.  After 3 bonds required of every public official, there are no more bonds to defend you.  You will be on your own.  Brooks is blacklisted by the Johnson County District Court *en banc* and by the Wyandotte County District Court *en banc*.  That's a dubious distinction, to be sure, but if you can't admire me for my accomplishments, you can respect me out of fear, a bit like Mike Tyson.  The key phrase when interviewing potential lawyers is the observation "I can't help you." "Why not?"  "I  can't   tell   you."  The Johnson County District Court neither admits or denies this allegation, but the answer does.

2 ways to check it out:  Judges talk to judges, so call them. OR go into the private access of the dockets and read the judges' notes.

Either way this is a constitutional tort of preventing equal access to the courts, or the exposing of 2nd or even 3rd standards which are all unconstitutional, or the exposing of a personal agenda which is also a tort.  KHV knows Brooks very well from Brooks v. Graber, Brooks v. Suaceda, and Brooks v. Couchman, all of which involved KHV ruling for the bill of attainder known as landlord licensing in Wyandotte County.  KHV is a known Democrat Socialist and should recuse herself, because she may be a leader in this blacklisting thing, but this time I really need her help.   That's why I'm here.  The State of Kansas is a defendant for a very good reason.  Past behavior is an indication of future behavior.  Who else will they do this to?  Expose the conspiracies first, then decide punishment.


CLAIM #18:   Constitutional Tort:  Conspiracy, all the above counts.

9

## LIST OF EVIDENCE

Letters from JW Cole dated May 8, 2023; May 17, 2023; Independent Investor Advisors dated May 18, 2023; Cole again May 26, 2023; August 22, 2023; and another August 22, 2023; August 24, 2023; and August 31, 2023.

Letters from NFS dated August 24, 2023; January 12, 2024 from Albuquerque N.M. (P.O. Box 28013 and 28019, location not listed as a party to the case, just a false IRS report); March 7, 2024; email April 16, 2024.

Letters from TransAmerica dated May 9, 2023; May 17, 2023; May 23, 2023, August 14, 2023; August 23, 2023; February 1, 2024; April 2, 2024; April 11, 2024.

Recission Document from 1990

Data Entry Error (label for precusor notice of this pending federal lawsuit to the first 5 defendants that has a bunch more details in it, to be used against plaintiff by all defendants) FBI may come in. I really just want to cash those checks.

Note to JoCo District Court administrator asking about judicial blacklisting, informal note not considered at the time of being really important, but dated around the Fall of 2023. Ask Andy the Judicial Administrator when he received it.

The lobster story (JWC has a copy of it)

FIBC letter dated

Letter to Fed Trade Comm dated Dec. 3, 2023