IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JAMES L. BROOKS, | ) |
|       *Plaintiff*, | ) |
| v. | ) Case No. 24-2188-KVH-ADM |
| BNY MELLON TRUST, et al., | ) |
|       *Defendants*. | ) |

### DEFENDANT QC FINANCIAL SERVICES, INC.'S MOTION TO DISMISS

Defendant QC Financial Services, Inc. d/b/a LendNation ("LendNation"), by and through its counsel of record, respectfully moves to dismiss the claims against LendNation in Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6) and Fed. R. Civ. P. 8(a)(2).

WHEREFORE, LendNation respectfully requests this Court dismiss the claims against LendNation in Plaintiff's Complaint in their entirety, and for such other relief as the Court deems just and proper.

Respectfully submitted:
FOULSTON SIEFKIN, LLP

 s/ Jeremy E. Koehler
Jeremy E. Koehler, KS #28217
1551 N. Waterfront Pkwy., Suite 100
Wichita, KS 67206
T: 316-267-6371 | F: 316-267-6345
jkoehler@foulston.com

Matthew D. Stromberg, #23710
7500 College Boulevard, Suite 1400
Overland Park, KS 66210
T: 913-498-2100 | F: 913-498-2101
mstromberg@foulston.com
*Attorneys for Defendant QC Financial Services, Inc. d/b/a LendNation*

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that on June 11, 2024, the foregoing document was filed using the Electronic Filing System which provides the required notice of filing and access to the document to all registered users.

                                        *s/ Jeremy E. Koehler*
                                        Jeremy E. Koehler, #28217