### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **JAMES L. BROOKS** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**BNY MELLON TRUST OF** )<br>**DELAWARE, et al.,** )<br>)<br>**Defendants.** ) | Case No. 2:24-cv-2188-KHV-ADM |

### DEFENDANT BNY MELLON TRUST OF DELAWARE'S MOTION TO DISMISS

Defendant BNY Mellon Trust of Delaware ("BNY"), by and through counsel, moves to dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). For the reasons more fully explained in the memorandum accompanying this motion, which is incorporated herein, BNY respectfully requests the Court dismiss Plaintiff's Complaint in its entirety because he fails to allege claims against BNY for which relief may be granted.

          Respectfully submitted,
          **BRYAN CAVE LEIGHTON PAISNER LLP**

          By: s/ *Logan M. Rutherford*
          Logan M. Rutherford, KS #25830
          Michael S. Montoya, KS #29379
          1200 Main Street, Suite 3800
          Kansas City, MO 64105
          (816) 374-3200 telephone
          (816) 374-3300 facsimile
          logan.rutherford@bclplaw.com
          michael.montoya@bclplaw.com
          ATTORNEYS FOR DEFENDANT
          BNY MELLON TRUST OF DELAWARE

2

## **CERTIFICATE OF SERVICE**

      I certify that on June 20, 2024, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF electronic filing system, which sent notice to all counsel of record.

      s/ *Logan M. Rutherford*
      Attorney for Defendant BNY Mellon
      Trust of Delaware